**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | : : : : : | Case No. 3:26-cv-00023 |
| | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| Plaintiff, | : : | |
| vs. | : : : | |
| GRANDINETTI CONSULTING, LLC, *et al*., | : : | |
| Defendants. | | |

---

## NOTICE OF DEFICIENCY AND ORDER

---

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendant Grandinetti Consulting, LLC has not filed a diversity disclosure statement as required by that Rule. Defendant is therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge