**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

STATE AUTO PROPERTY AND
CASUALTY INSURANCE
COMPANY,

     Plaintiff,

vs.

GRANDINETTI CONSULTING, LLC,
*et al*.,

     Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 3:26-cv-00023

District Judge Thomas M. Rose
Magistrate Judge Caroline H. Gentry

---

## NOTICE OF DEFICIENCY AND ORDER

---

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendant Hill Apartments of Springfield, LLC has not filed a diversity disclosure statement as required by that Rule. Defendant is therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

     **IT IS SO ORDERED.**

     *s/ Caroline H. Gentry*
     Caroline H. Gentry
     United States Magistrate Judge