**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| STATE AUTO PROPERTY AND<br>CASUALTY INSURANCE COMPANY, | : | |
| | : | Case No. 3:26-cv-23 |
| Plaintiff, | : | |
| | : | Judge Thomas M. Rose |
| v. | : | |
| | : | Magistrate Judge Caroline H. Gentry |
| GRANDINETTI CONSULTING, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

---

**CLARIFICATION ORDER**

---

The Court previously issued its Entry and Order Granting Grandinetti Consulting LLC's Motion to Dismiss or Stay, and Granting Defendant Grandinetti Consulting, LLC's Motion to Dismiss or Stay Defendant Hill Apartments of Springfield, LLC's Crossclaims (Doc. No. 27), where the Court directed the release of interpleader funds, as reflected by Receipt No. 300003778 (Doc. No. 20).  The Court hereby clarifies that the release of said monies shall include the funds deposited and any interest accrued thereon since the time of deposit.  All such deposited funds, plus interest, shall be **RELEASED** to State Auto Property and Casualty Company as follows:

Mr. Frank Stephen Carson
o/b/o State Auto Property and Casualty Company
10 West Broadway Street, Suite 401
Columbus, Ohio 43215

1

2

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, July 13, 2026.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE