**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | : | Case No. 3:26-cv-23 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | Magistrate Judge Caroline H. Gentry |
| GRANDINETTI CONSULTING, LLC, *et al.*, | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER AMENDING PAYEE OF INTERPLEADER FUNDS**

---

The Court previously dismissed this action and ordered all deposited interpleader funds, including interest, be released back to Plaintiff by way of counsel. Being advised by the Court's Finance Department that amendment is needed for the release of funds to the proper payee, the Court hereby amends its earlier entry and **ORDERS** that the interpleader funds deposited in this case be **RELEASED**, as previously directed, to the following payee:

State Auto Property and Casualty Company
10 West Broadway Street, Suite 2300
Frank Carson
FBT Gibbons
Columbus, Ohio 43215

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 18, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE